UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orland Sylve**, | Case: No.: **3:18-CV-07244-JST** |
| Plaintiff, | |
| v. | [proposed] ORDER GRANTING JOINT STIPULATION |
| **Abercrombie & Fitch Stores, Inc**., an Ohio Corporation; and Does 1-10, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56.
2. All dates based on the Joint Site Inspection deadline shall be recalculated from the date of this Order.

IT IS SO ORDERED.

Dated: April 11, 2019

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE