CENTER FOR DISABILITY ACCESS
Prathima Price, Esq.,
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
prathimap@potterhandy.com

Attorneys for Plaintiff
ORLAND SYLVE

HAIGHT BROWN & BONESTEEL LLP
Yvette Davis (Bar No. 165777)
ydavis@hbblaw.com
2050 Main Street, Suite 600
Irvine, California 92614
Telephone: 714.426.4600
Facsimile: 714.754.0826

VORYS, SATER, SEYMOUR AND PEASE LLP
George L. Stevens (Ohio SBN 0092609) (admitted pro hac vice)
glstevens@vorys.com
52 East Gay Street Columbus, Ohio 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4678

Attorneys for Defendant
ABERCROMBIE & FITCH STORES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orland Sylve**, <br><br> Plaintiff, <br> v. <br><br> **Abercrombie & Fitch Stores, Inc.**, an Ohio Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 3:18-CV-07244-JST <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION <br><br> HONORABLE JON S. TIGAR |

The Joint Stipulation is hereby GRANTED. The deadline for the Parties to complete mediation is extended to and including November 1, 2019.

SO ORDERED.

Date: August 13, 2019

_____
Hon. Jon. S. Tigar
United States District Judge